certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Webster. 220 So.2d 720; 220 So.2d 726.

Writ refused. On the facts found by the Court of Appeal there is no error of law in the judgment complained of.

The application is denied. According to the facts of this case as found to be by the Court of Appeal, there appears no error of law in the judgment complained of.

SUMMERS, J., is of the opinion the writ should be granted.

222 So.2d 884

**Mrs. Violet Rose FOY, Individually and as Tutrix of her Minor Children, Tommy Ray Foy, Scotty Joe Foy and LeRoy Foy**

**v.**

**ED TAUSSIG, INC., and Travelers Insurance Company and Eddie L. Ellzey and Rufus LaPointe.**

**No. 49826.**

June 9, 1969.

In re: Ed. Taussig, Inc., and The Travelers Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 220 So.2d 229.

222 So.2d 884

**INDUSTRIAL SUPPLY COMPANY OF LOUISIANA, INC.**

**v.**

**TRANSAMERICA INSURANCE COMPANY et al.**

**No. 49834.**

June 9, 1969.

In re: Industrial Supply Company of Louisiana, Inc. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 220 So.2d 126.

Writ refused. On the facts found by the Court of Appeal, the result is correct.